UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
UNITED STATES OF AMERICA,

-v-

SADI FOFANA,
                    Defendant.
----------------------------------------X

S1 19Cr0447 (DLC)

ORDER

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/5/2020

DENISE COTE, District Judge:

For the reasons set forth on the record on February 5, 2020 it is hereby

ORDERED that the defendant Sadi Fofana (USM #86594-054) is remanded to the custody of the United States Marshal's Service.

Dated:     New York, New York
           February 5, 2020

                                    _____
                                         DENISE COTE
                                    United States District Judge