UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
                                          :   S1 19Cr0447 (DLC)
UNITED STATES OF AMERICA,                 :
                                          :   ORDER
            -v-                           :
                                          :
SADI FOFANA,                              :
                      Defendant.          :
                                          :
------------------------------------------X

DENISE COTE, District Judge:

   IT IS HEREBY ORDERED that C.J.A. counsel Stephen Turano is appointed to represent the defendant on the violation of probation.

Dated:   New York, New York
         February 5, 2020

                                  _____
                                         DENISE COTE
                                  United States District Judge