UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------X
                                           :    S1 19Cr0447 (DLC)
UNITED STATES OF AMERICA,                  :
                                           :         ORDER
            -v-                            :
                                           :
SADI FOFANA,                               :
                Defendant.                 :
                                           :
-------------------------------------------X

DENISE COTE, District Judge:

ORDERED that the February 21, 2020 sentencing on the violation of probation is adjourned to **March 4** at **4 p.m.** in Courtroom 18B, 500 Pearl Street.

Dated:    New York, New York
          February 20, 2020

                            _____
                                   DENISE COTE
                            United States District Judge