```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
                                         :    S1 19Cr0447 (DLC)
  UNITED STATES OF AMERICA,              :
                                         :         ORDER
              -v-                        :
                                         :
  SADI FOFANA,                           :
                   Defendant.            :
                                         :
-----------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/15/2020

DENISE COTE, District Judge:

The sentencing of Sadi Fofana is currently scheduled to occur on **March 19** at **3:00 pm**. It is hereby

ORDERED that the Government and defendant shall confer as to whether the sentencing should be adjourned in light of the COVID-19 outbreak.

IT IS FURTHER ORDERED that any such request for an adjournment or opposition to the adjournment request must be received no later than **two business days** before the scheduled sentencing proceeding. A request for an adjournment shall include the parties' proposal for a new sentencing date.

Dated:  New York, New York
        March 15, 2020

                              _____
                                      DENISE COTE
                              United States District Judge