```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
                                         :   S1 19Cr0447 (DLC)
UNITED STATES OF AMERICA,                :
                                         :          ORDER
             -v-                         :
                                         :
SADI FOFANA,                             :
                      Defendant.         :
                                         :
-----------------------------------------X
```

DENISE COTE, District Judge:

Having scheduled the defendant to be sentenced on May 15, 2020 on the violation of probation, it is hereby

ORDERED that, in light of the COVID-19 outbreak, the defendant's sentencing is adjourned to **June 26, 2020** at **11 a.m.**

Dated:   New York, New York
         April 15, 2020

                                       _____
                                            DENISE COTE
                                       United States District Judge