UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
                                          :
 UNITED STATES OF AMERICA,                :
                                          :
                  -v-                     :        19Cr447 (DLC)
                                          :
 SADI FOFANA,                             :             ORDER
                                          :
                       Defendant.         :
                                          :
-----------------------------------------X

DENISE COTE, District Judge:

     An Order of June 12, 2020 scheduled the sentencing of the

defendant on the violation of probation to occur on Friday, June

26, 2020 at 11:00 a.m. via CourtCall.  It is hereby

     ORDERED that co-counsel, members of the press, and the

public may access the audio feed of the conference by calling

**855-268-7844** and using access code **67812309#** and PIN **9921299#.**

The dial-in credentials provided in the June 12 Order shall not

be used.

     IT IS FURTHER ORDERED that the remainder of the June 12

Order remains in effect.


Dated:    New York, New York
          June 23, 2020


                              _____
                                        DENISE COTE
                              United States District Judge