```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                         :
UNITED STATES OF AMERICA,                :
                                         :
               -v-                       :     19Cr447 (DLC)
                                         :
SADI FOFANA,                             :     ORDER
                                         :
                    Defendant.           :
                                         :
----------------------------------------X
```

DENISE COTE, District Judge:

IT IS HEREBY ORDERED that by **July 3, 2020,** counsel for the defendant shall redact any confidential information contained in the June 22, 2020 sentencing submission, which was submitted to this Court under seal, and file the redacted version of the submission on the public docket.

Dated:   New York, New York
         June 26, 2020

_____
DENISE COTE
United States District Judge