```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------- X
                                       :
UNITED STATES OF AMERICA               :
                                       :
              -v-                      :     19cr447 (DLC)
                                       :
SADI FOFANA,                           :     ORDER
                                       :
                   Defendant.          :
                                       :
-------------------------------------- X
```

DENISE COTE, District Judge:

   On August 17, 2020, defendant Sadi Fofana filed a motion to modify or reduce his sentence pursuant to 18 U.S.C. § 3582(c)(1)(A).  It is hereby

   ORDERED that the Government shall file its response to the August 17 motion by **September 4, 2020.**

   SO ORDERED:

Dated:   New York, New York
         August 18, 2020

                                         _____
                                              DENISE COTE
                                         United States District Judge