```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X
                                     :    S1 19cr447 (DLC)
    UNITED STATES OF AMERICA,        :
                                     :         ORDER
              -v-                    :
                                     :
    SADI FOFANA,                     :
                        Defendant.   :
                                     :
-------------------------------------X
```

DENISE COTE, District Judge:

It is hereby ORDERED that the conditions of supervised release for Sadi Fofana (███████████████████████), are modified to include Location Monitoring for ninety (90) days. The defendant must abide by all technology requirements. The Probation Officer shall select the form of location monitoring technology to be utilized. The defendant is restricted to his residence every day from 8pm to 8am or as directed by the Probation Officer.

Dated:   New York, New York
         April 27, 2023

                                    _____
                                          DENISE COTE
                                    United States District Judge